CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 25 2017

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER R. PIGGOT, | ) | Civil Action No. 7:17-cv-00200 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:  Michael F. Urbanski |
| RANDY BOYD, et al, | ) | Chief United States District Judge |
| Defendant(s). | ) | |

Christopher R. Piggot, proceeding pro se, filed a civil rights complaint, pursuant to 42

U.S.C. § 1983.  By Order entered June 28, 2017, the court directed plaintiff to submit within 20

days from the date of the Order an amended complaint.  Plaintiff was advised that a failure to

comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described

conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case

from the active docket of the court.  Plaintiff may refile the claims in a separate action once

plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying

Order to plaintiff.

ENTER:  This _____ day of July, 2017.

/s/ Michael F. Urbanski

Chief United States District Judge