CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 25 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER R. PIGGOT,<br>　　Plaintiff, | )<br>)<br>)　　Civil Action No. 7:17-cv-00200<br>) |
| v. | )　　**DISMISSAL ORDER**<br>) |
| RANDY BOYD, et al,<br>　　Defendant(s). | )　　By:　Michael F. Urbanski<br>)　　　　Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court. All pending motions are **DISMISSED** as moot.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 25th day of July, 2017.

/s/ Michael F. Urbanski
Chief United States District Judge